FILED
2010 NOV -4 P 1:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Elizabeth Langan Shivell - #098471

CV 10 80 266 MISC

## ORDER TO SHOW CAUSE

It appearing that Elizabeth Langan Shivell has been suspended for one year by the Supreme Court of California effective September 8, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 10, 2010 as to why she should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Elizabeth Langan Shivell
Attorney At Law
BJ Fadem and Associates, APC
111 W Saint John St Ste 1140
San Jose, CA 95113