**FILED**

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>Elizabeth Langan Shivell,<br><br>State Bar No 98471<br>_____/ | No CV 10 80266 MISC VRW<br><br>ORDER |

      On November 4, 2010, the court issued an order to show cause (OSC) why Elizabeth Langan Shivell should not be removed from the roll of attorneys authorized to practice law before this court, based upon her one-year suspension by the Supreme Court of California, effective September 8, 2010.

      The OSC was mailed to Ms Shivell's address of record with the State Bar on November 8, 2010. A written response was due on or before December 10, 2010. No response to the OSC has been filed as of this date.

      The court now orders Elizabeth Langan Shivell removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Elizabeth Langan Shivell

_____/

Case Number: CV10-80266 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth Langan Shivell
BJ Fadem and Associates APC
111 W Saint John Street Ste 1140
San Jose, CA 95113

Dated: December 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*